UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | Nos. 3:98-CR-8, 3:00-CR-5 |
| | ) | 3:05-cr-5002 |
| V. | ) | (VARLAN/SHIRLEY) |
| | ) | |
| DONALD W. STRECK | ) | |

ORDER OF DETENTION PENDING REVOCATION HEARING

This matter came before the undersigned for an Initial Appearance on an Amended Petition for Warrant for Offender Under Supervision [Doc. 24] which was filed on August 31, 2007. Charles Atchley, Jr., Assistant United States Attorney, was present on behalf of Gregg Weddle, representing the government and Elizabeth Barger Ford, Federal Defender, was present on behalf of Kim Tollison, representing the defendant. The defendant, Donald W. Streck was also present. The defendant through counsel waived a preliminary hearing and a detention hearing and signed the appropriate waivers.

It is therefore **ORDERED** that the defendant, Donald W. Streck be detained pending a revocation hearing before the **Honorable Thomas A. Varlan**, United States District Judge, on **September 13, 2007,** at **2:00 p.m.** The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a

correction facility separate to the extent practicable from persons awaiting sentences or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  Upon order of this Court or a Court of the United States or upon request of the attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshals for the purpose of an appearance in connection with a Court proceeding.

    **IT IS SO ORDERED.**

    ENTER:

                                                <u>  s/ C. Clifford Shirley, Jr.  </u>
                                                United States Magistrate Judge